# UNITED STATES DISTRICT COURT

### DISTRICT OF COLORADO

---

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>**(For a Petty Offense)** |
| v. | CASE NUMBER: 07-po-07010 |
| KEITH RICHARDS | Mark Hanchey |

**THE DEFENDANT:**

Pleaded guilty to count one of the Information. Summons 2/S00314287, 2/S0034186, 2/S0034547, 2/S0034542 and 2/S0034188 are dismissed.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses: offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| CRS 42-4-1301(1)(b) | Driving While Ability Impaired | 9/30/2006 | 1 |
| 18 USC 13 | | | |

The defendant is sentenced as provided in this judgment in accordance with the findings and conclusions made in open court, and incorporated herein by this reference. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

February 21, 2007
Date of Imposition of Judgment

s/Michael J. Watanabe
Signature of Judicial Officer

Michael J. Watanabe
U.S. Magistrate Judge
Name & Title of Judicial Officer

February 22, 2007
Date

## PROBATION

The defendant shall serve six months unsupervised probation. As a condition of probation the defendant shall complete Level II drug/alcohol awareness, and shall perform 24 hours of useful public service, 2 with the MADD organization. Defendant shall bear the expense of these programs and shall provide proof of completion to the government.

## MONETARY OBLIGATIONS

The defendant shall pay the following monetary obligations in accordance with the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| 1 | $10.00 | $100.00 | |
| **TOTALS** | $10.00 | $100.00 | $0.00 |

Fine and costs shall be paid by February 28, 2007.